IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00409-STV

ANGEL ALEJANDRO YRIARTE-AULAR,

    Petitioner,

v.

JUAN BALTASAR, Warden of Aurora Contract Detention Facility;

    Respondent.

## ORDER TO SHOW CAUSE

Chief Magistrate Judge Scott T. Varholak

    An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears.

    Accordingly, it is

    **ORDERED** that Respondents show cause **within thirty (30) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted. It is

    **FURTHER ORDERED** that **within thirty (30) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply. It is

    **FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before March 6, 2026.**

DATED: February 4, 2026          BY THE COURT:

<div style="margin-left:40%">
s/Scott T. Varholak_____  
Chief United States Magistrate Judge
</div>